922

No. 75–5835.  Muniz v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 75–5836.  Johnson v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 75–5837.  Boruski v. United States et al. C. A. 2d Cir.  Certiorari denied.

No. 75–5838.  Lofton v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 75–5839.  Watson v. United States; and
No. 75–5869.  Chatman v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 75–5841.  Ranney v. United States.  C. A. 7th Cir.  Certiorari denied.

No. 75–5845.  Widener v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 75–5847.  Harris v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 75–5848.  Robinson v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–5850.  Petrofsky v. Ritter, Chief Judge, U. S. District Court, et al.  C. A. 10th Cir.  Certiorari denied.

No. 75–5851.  Vanderpool v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 75–5854.  Boggs v. United States.  C. A. 5th Cir.  Certiorari denied.